IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOHNNY LEE WEAVER, *
 *
    Petitioner, *
 * CV 119-002
v. * (underlying CR 114-030)
 *
UNITED STATES OF AMERICA, *
 *
    Respondent. *

# O R D E R

On January 28, 2019, this Court dismissed Petitioner Johnny Lee Weaver's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 because it was filed prematurely. At the time of filing his petition, Petitioner's direct appeal of his criminal conviction was pending before the Eleventh Circuit Court of Appeals. (See Docs. 3 & 7.) On April 2, 2019, Petitioner filed a motion to reinstate his § 2255 petition, but recently filed a motion to withdraw his motion to reinstate.

Upon consideration of the present circumstances of this closed case, Petitioner's motion to withdraw his motion to reinstate (doc. 11) is **GRANTED**. The Clerk is directed to **TERMINATE** the motion to reinstate his § 2255 petition (doc. 9). Should Petitioner wish to seek habeas relief under § 2255, he should file an entirely new petition. Of course, the one-year statute of

limitations for Petitioner to file a § 2255 motion will run in accordance with the provisions of 28 U.S.C. § 2255(f).

**ORDER ENTERED** at Augusta, Georgia, this ___19th___ day of June, 2019.

                                              J. RANDAL HALL, CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF GEORGIA