IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 114-030 |
| | * |
| JOHNNY LEE WEAVER | * |

O R D E R

Before the Court is the United States Government's motion to seal Exhibits A and B of its response to Defendant Weaver's motion for compassionate release. Upon consideration, the motion to seal (doc. 218) is **GRANTED**. The aforementioned exhibits shall remain sealed until further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this ___7th___ day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA