IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 114-030 |
| | * | |
| JOHNNY LEE WEAVER | * | |

**O R D E R**

On November 14, 2023, Defendant Johnny Lee Weaver filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Doc. 234.) In particular, Weaver seeks immediate release, claiming he can demonstrate the extraordinary and compelling circumstance of an "Unusually Long Sentence" under U.S.S.G. § 1B1.13(b)(6) as justification. The Government opposed the motion on November 27, 2023, largely challenging the validity of § 1B1.13(b)(6). The Government did not address Weaver's claim that he would no longer qualify as an Armed Career Criminal or career offender if he were sentenced today. Weaver appropriately filed a reply brief.

Over the intervening months, Weaver has filed several addenda to his claim of rehabilitation, which have been properly docketed and linked to his motion for compassionate release. On July 9, 2024, Weaver penned a letter to the undersigned judge, detailing his rehabilitation and pleading for leniency. The Clerk of Court

docketed the letter as a separate motion to reduce sentence, but the letter is simply another addendum to his pending motion for compassionate release. On July 22, 2024, the Court granted the Government's motion to extend time to respond to the letter "motion." A response to the letter is unnecessary.

To conclude, the Clerk is directed to **TERMINATE** as a "motion" the letter of July 9, 2024 (doc. 243), though the letter will stand on the record for the Court's consideration. Defendant Weaver may rest assured that his motion for compassionate release based upon his claimed "Unusually Long Sentence" is under advisement. To the extent that the Government wishes to further address this claim, assuming the validity of § 1B1.13(b)(6), it may do so by close of business on August 9, 2024.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA